OPINION — AG — ** MENTAL HEALTH — TRANSFER ** CAN THE SUPERINTENDENT OF THE ENID STATE SCHOOL, AN INSTITUTION FOR THE " FEEBLE MINDED " (43A O.S. 201 [43A-201] — 43A O.S. 225 [43A-225] [43A-225]), DECIDES A " MENTAL DEFECTIVE " (43A O.S. 12 [43A-12] [43A-12], 43A O.S. 30 [43A-30]), WITH EPILEPSY IN SAID INSTITUTION BELONGS IN THE PAUL VALLEY STATE HOSPITAL, A HOSPITAL FOR EPILEPTICS (43A O.S. 251 [43A-251] — 43A O.S. 261 [43A-261] [43A-261]) IS THE MENTAL HEALTH BOARD, UPON THE RECOMMENDATION OF THE MENTAL HEALTH DIRECTOR, AUTHORIZE TO TRANSFER SAID MENTAL DEFECTIVE TO THE PAULS VALLEY STATE HOSPITAL ? — NEGATIVE (PATIENT, TRANSFER, MENTAL HEALTH) CITE: 43A O.S. 12 [43A-12], 43A O.S. 30 [43A-30], 43A O.S. 38 [43A-38] (FRED HANSEN)